# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

MATTHEW SUNDGREN,

    Plaintiff,

    v.

THOMAS LOOMIS, et al.,

    Defendants.

Case No. 15-3275-DDC-DJW

## ORDER TO SHOW CAUSE

There are several outstanding issues regarding service of various defendants. The Court will address those now.

As to Defendant Randy Green, the Court orders the Interested Party Kansas Department of Corrections to provide, for *in camera* review by the Court, last known address Defendant Randy Green. The Court requests this information in an effort to effectuate service on him.

As to Defendant Matthew Craven, the Court directs the Clerk's Office to issue summons, as his waiver of service of summons never returned at all. The Court notes that Defendant Craven has constructive notice of this suit by way of his sworn affidavit in the *Martinez* Report, in which he specifically acknowledges Plaintiff's complaint and provides testimony.

As to the Doe defendants, the Court orders Plaintiff to show cause as to why those defendants should not be dismissed for failure to serve the Doe defendants within the 90-day period provided by Federal Rule of Civil Procedure 4(m). While 28 U.S.C. § 1915(d) provides that the Court shall undertake service on behalf of prisoners, a plaintiff must provide the Court with sufficient information to identify, locate, and serve prospective defendants. The Court is not in a position to identify the Doe defendants without (more) input from Plaintiff.

**IT IS THEREFORE ORDERED BY THE COURT** that within twenty-one (21) days of this Order, Plaintiff shall show good cause in writing to Judge Crabtree as to why the Doe defendants should not be dismissed for failure to serve them.

**IT IS FURTHER ORDERED** that within twenty-one (21) days of this Order, Interested Party Kansas Department of Corrections shall email the Court the last known address of Defendant Randy Green.

**IT IS FURTHER ORDERED** that the Clerk's Office issue summons to Defendant Matthew Craven.

Dated July 12, 2017, at Kansas City, Kansas.

s/ David J. Waxse
David J. Waxse
U.S. Magistrate Judge
